# Exhibit A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 7 03:48:44 EST 2020

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ] [ NEXT LIST ]
[ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [____] OR [Jump] to record: [____]   **Record 3 out of 56**

[ TSDR ] [ ASSIGN Status ] [ TTAB Status ] *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | ~ |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software for processing electronic payments and for transferring funds to and from others; Downloadable software for enabling the electronic transfer of money between users; Downloadable software for enabling processing of electronic funds transfers and payments made via credit card, debit card, electronic check, electronic, mobile and online payments; magnetically encoded debit cards and magnetically encoded credit cards. FIRST USE: 20160825. FIRST USE IN COMMERCE: 20160825

IC 036. US 100 101 102. G & S: banking services; checking account services; electronic transfer of money for others; providing electronic processing of electronic funds transfer, credit card, debit card, electronic check, electronic, mobile and online payments. FIRST USE: 20160825. FIRST USE IN COMMERCE: 20160825

IC 042. US 100 101. G & S: Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers, credit card, debit card, electronic check, electronic, mobile and online payments. FIRST USE: 20160825. FIRST USE IN COMMERCE: 20160825 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.13 - Ripple (single wave) ; Waves, single
06.03.03 - Ocean ; Ripples (multiple waves) ; Waves, open sea (multiple waves)
24.09.01 - Flags, rectangular or square, excluding American flag or checkered flag
24.17.14 - Ampersands (&) ; At symbol (@) ; Brackets, punctuation ; Commas ; Diacritical marks ; Exclamation points (!¡) ; Punctuation marks ; Question marks (?)
26.17.02 - Bands, wavy ; Bars, wavy ; Lines, wavy ; Wavy line(s), band(s) or bar(s) |
| **Serial Number** | 88490176 |
| **Filing Date** | June 26, 2019 |
| **Current Basis** | 1A |
| **Original** | 1A |

| | |
|---|---|
| **Filing Basis** | |
| **Owner** | (APPLICANT) **Finco** Services, Inc. CORPORATION DELAWARE #180 217 Centre Street New York NEW YORK 10013 |
| **Attorney of Record** | Jessica L. Rothstein |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of three mutually non-contiguous wavy bands that form the shape of a tilde. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY