# Exhibit C

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 7 03:48:44 EST 2020

Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump  to record: ___   **Record 2 out of 56**

*( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | ~ |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software applications for use on mobile devices for enabling cryptocurrency-based transactions |
| | IC 042. US 100 101. G & S: Software as a service (SAAS) services featuring software for use for enabling cryptocurrency-based transactions |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.13 - Ripple (single wave) ; Waves, single<br>06.03.03 - Ocean ; Ripples (multiple waves) ; Waves, open sea (multiple waves)<br>24.09.01 - Flags, rectangular or square, excluding American flag or checkered flag<br>24.17.14 - Ampersands (&) ; At symbol (@) ; Brackets, punctuation ; Commas ; Diacritical marks ; Exclamation points (!¡) ; Punctuation marks ; Question marks (?)<br>26.17.02 - Bands, wavy ; Bars, wavy ; Lines, wavy ; Wavy line(s), band(s) or bar(s) |
| **Serial Number** | 88489824 |
| **Filing Date** | June 26, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 29, 2019 |
| **Owner** | (APPLICANT) **Finco** Services, Inc. CORPORATION DELAWARE #180 217 Centre Street New York NEW YORK 10013 |
| **Attorney of Record** | Jessica L. Rothstein |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of three mutually non-contiguous wavy bands that form the shape of a tilde. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY