UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FINCO SERVICES, INC., )<br><br>*Plaintiff,* )<br><br>-against- )<br><br>FACEBOOK, INC., CALIBRA, INC., )<br>JLV, LLC, and CHARACTER SF, LLC, )<br><br>*Defendants.* ) | Case No. 1:19-cv-9410 (PKC) (KHP)<br><br>JOINT STIPULATION OF DISMISSAL<br>OF DEFENDANT CHARACTER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Finco Services, Inc. and Defendant Character SF, LLC, by and through undersigned counsel, hereby stipulate that all claims against Defendant Character SF, LLC are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March 18, 2020

_____
Kandis M. Koustenis
BEAN KINNEY & KORMAN PC
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (fax)
kkoustenis@beankinney.com

Ethan Horwitz
CARLTON FIELDS P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9617
(212) 785-5203 (fax)
ehorwitz@carltonfields.com

*Attorneys for Finco Services, Inc.*

_____
Kevin M. Wallace
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
(212) 589-4200
(212) 589-4201 (fax)

Mark H. Tidman *(pro hac vice)*
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 861-1500
mtidman@bakerlaw.com

*Attorneys for Defendant Character SF, LLC*